# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Heritage Packaging LLC | 1/13/2023 | Wire | $ 29,919.93 |
| Akorn Operating Company, LLC | Heritage Packaging LLC | 2/1/2023 | Wire | $ 4,895.88 |
| Akorn Operating Company, LLC | Heritage Packaging LLC | 2/14/2023 | Wire | $ 2,916.85 |
| | | | | $ 37,732.66 |