## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al.,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-50133 (KBO) |
| HERITAGE PACKAGING, LLC | **Re: Adv. D.I. 1** |
| Defendant. | |

## <u>STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING</u>

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "<u>Plaintiff</u>"), and counsel for Heritage Packaging, LLC (the "<u>Defendant</u>"), hereby stipulate as follows:

1.     Plaintiff filed its complaint against Defendant on February 11, 2025 [Adv. D.I. 1] (the "<u>Complaint</u>").

2.     This Court issued the summons to the Complaint on April 21, 2025 [Adv. D.I. 3].

3.     Defendant's deadline to respond to the Complaint is May 21, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4.     The parties agree that Defendant shall have through and including June 18, 2025, to answer or otherwise plead to the Complaint.

Dated: May 20, 2025

**SAUL EWING LLP**

/s/ *Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel for Plaintiff*

**TAFT STETTINIUS & HOLLISTER LLP**

/s/ *John R. Humphrey*
John R. Humphrey
One Indiana Square
Suite 3500
Indianapolis, Indiana 46204-2023
Telephone: (317)713.3500
Facsimile (317) 713-3699
JHumphrey@taftlaw.com

*Counsel for Defendant*